1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   JOHN ROGER LAGACE

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,          CASE NO. CR 07-70709 HRL

13              Plaintiff,
                                      STIPULATION TO CONTINUE
14      vs.                           HEARING; [proposed] ORDER

15 DAVID LOUIS BEHAR, LINDSAY
   ROBIN HOGUE, TARA
16 BERGSTRAND, and JOHN ROGER
   LAGACE,
17
                Defendants.
18

19

20      IT IS HEREBY STIPULATED, by Defendants and the government, through

21 their respective counsel that, subject to the Court's approval, the hearing date

22 in the above-captioned matter, presently set for Thursday, February 7, 2008,

23 at 9:30 am, be continued to Thursday, February 21, 2008.  The continuance

24 has been requested because the parties need time to discuss settlement.

25      The parties further agree and stipulate that the period of time from

26 February 7, 2008 through and including February 21, 2008, should be excluded

27 pursuant to Speedy Trial Act, 18 U.S.C. §3161.  Accordingly, the Untied States

28 and the defendants agree that granting the requested exclusion of time will

1  serve the interests of justice and outweigh the interest of the public and

2  defendants in a speedy trial.

3

4  DATED:  January 31, 2008          CAREY & CAREY

5

6                                        _____/s/_____

   JERRY Y. FONG, Attorneys for

7  JOHN ROGER LAGACE

8

9  DATED:   1/31    , 2008          _____/S/_____

   PETER LEEMING

10  Attorney for Mr. Behar

11

12  DATED:   1/29    , 2008          _____/s/_____

   MANUEL ARAUJO

13  Attorney for Ms. Bergstrand

14

15  DATED:   1/29    , 2008          _____/s/_____

   GEOFFREY BRAUN

16  Attorney for Ms. Hogue

17

18  DATED:    1/29    , 2008          _____/s/_____

   JEFFREY B. SCHENK

19  Assistant U.S. Attorney

20

21

22

23                            <u>ORDER</u>

24        The parties have jointly requested a continuance of the hearing set for

25  February 7, 2008.

26        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

27  presently set for February 7, 2008, be continued to February 21, 2008, at 9:30

28  am, as well as the period of delay from February 7, 2008 to and including

1  February 21, 2008, be excluded for purposes of Speedy Trial Act computations

2  pursuant to 18 U.S.C. §3161.

3          IT IS SO ORDERED.

4

5  DATED: _____, 2008                    _____
                                             HOWARD R. LLOYD
6                                            U.S. Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING; PROPOSED ORDER