

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

**E-FILING**

2008 FEB 20 P 2: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. C **08  00088** |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 846 – Conspiracy to Distribute lysergic acid diethylamide (LSD);18 U.S.C. § 4 - Misprision of a Felony |
| v. | |
| DAVID LOUIS BEHAR, LINDSAY ROBIN HOGUE, TARA BERGSTRAND, and JOHN ROGER LAGACE, a/k/a Brandon Draper, | SAN JOSE VENUE |
| Defendants. | |

JW

RS

### I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (21 U.S.C. § 846 – Conspiracy to Distribute LSD)

Beginning at a time unknown to the United States, but no later than November 28, 2007, and continuing through and including November 29, 2007, in the Northern District of California and elsewhere, the defendant,

. DAVID LOUIS BEHAR,

did knowingly and intentionally conspire with other persons, known and unknown, to distribute 5 grams and more of a controlled substance, to wit, lysergic acid diethylamide, commonly known as LSD, in violation of Title 21, United States Code, Section 846.

INFORMATION

COUNT TWO: (21 U.S.C. § 846 – Conspiracy to Distribute LSD)

Beginning at a time unknown to the United States, but no later than November 28, 2007, and continuing through and including November 29, 2007, in the Northern District of California and elsewhere, the defendant,

JOHN ROGER LAGACE,
a/k/a Brandon Draper,

did knowingly and intentionally conspire with other persons, known and unknown, to distribute 27 grams and more of a controlled substance, to wit, lysergic acid diethylamide, commonly known as LSD, in violation of Title 21, United States Code, Section 846.

COUNT THREE: (18 U.S.C. § 4 – Misprision of a Felony)

On or about November 2007, in the Northern District of California, and elsewhere, the defendants,

LINDSAY ROBIN HOGUE, and
TARA BERGSTRAND,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: conspiracy to distribute LSD, did knowingly conceal and fail as soon as possible to make known the commission of said felony to a judge and any other person in civil authority under the United States, all in violation of Title 18, United States Code, Section 4.

DATED: 2/20/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: )
AUSA SCHENK

INFORMATION

2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT　☑ INFORMATION　☐ INDICTMENT　☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

E-FILING

21 U.S.C. Section 846 -
CONSPIRACY TO DISTRIBUTE
5 GRAMS AND MORE OF LSD

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

FILED

DEFENDANT - U.S.

▶ DAVID LOUIS BEHAR

DISTRICT COURT NUMBER

CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR 08 00088

JW RS

PENALTY:

minimum mandatory term of 5 years imprisonment
maximum term of 40 years imprisonment
$2,000,000 fine; $100 special assessment
at least 4 years of Supervised Release

─────────── DEFENDANT ───────────

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. Att'y　☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

07-70709 HRL

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y　☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)　JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

─────────── ADDITIONAL INFORMATION OR COMMENTS ───────────

PROCESS:
☐ SUMMONS　☑ NO PROCESS*　☐ WARRANT　　Bail Amount: _____

If Summons, complete following:
☐ Arraignment　☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

*Name of District Court, and/or Judge/Magistrate Location*
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── OFFENSE CHARGED ───

18 U.S.C. Section 4 -
MISPRISION OF A FELONY

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

E-FILING

PENALTY:
maximum term of 3 years imprisonment
$250,000 fine
$100 special assessment
3 years Supervised Release

DEFENDANT - U.S.

2008 FEB 20  P 2:

▶ LINDSAY ROBIN HOGUE

RICHARD W. WI
U.S. DISTRICT
N.D. OF CA. S. J

DISTRICT COURT NUMBER

CR 08 00088 JW

RS

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

07-70709 HRL

Name and Office of Person
Furnishing Information on
THIS FORM
JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    JEFFREY B. SCHENK

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶
TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

FILED

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. Section 4 -
MISPRISION OF A FELONY

2008 FEB 20  P 2:54

E-FILING

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PENALTY:
maximum term of 3 years imprisonment
$250,000 fine
$100 special assessment
3 years Supervised Release

DEFENDANT - U.S.

TARA BERGSTRAND

DISTRICT COURT NUMBER
CR 08 00088

JW

RS

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70709 HRL

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST  ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY  ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

───── OFFENSE CHARGED ─────

21 U.S.C. Section 846 -
CONSPIRACY TO DISTRIBUTE
27 GRAMS AND MORE OF LSD

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
minimum mandatory term of 10 years imprisonment
maximum term of life imprisonment
$4,000,000 fine; $100 special assessment
at least 5 years of Supervised Release

───── PROCEEDING ─────

Name of Complainant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

07-70709 HRL

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    JEFFREY B. SCHENK

─────────────────

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

08 FEB 20

RICHARD
U.S. DISTRICT
N. DIST.

DEFENDANT - U.S.

▶ JOHN ROGER LACAGE, a/k/a Brandon Draper

DISTRICT COURT NUMBER

CR 08 00088 JW RS

───── DEFENDANT ─────

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

───── ADDITIONAL INFORMATION OR COMMENTS ─────

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: