AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

__San Jose Division__

UNITED STATES OF AMERICA
v.
__David Behar, et. al.__

**WAIVER OF INDICTMENT**

CASE NUMBER: __CR 08-00088 JW (RS)__

I, __John Roger Lagace__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/21/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

FEB 2 1 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before __Patricia V. Trumbull__
Judicial Officer