1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08-CR-00088-LY |
| Plaintiff, | ) | |
| v. | ) | ORDER CORRECTING RECORD |
| JOHN ROGER LAGACE A/K/A BRANDON DRAPER, | ) ) ) | |
| Defendant. | ) ) | |

Federal Rule of Criminal Procedure 36 allows a court to "at any time, correct a clerical error" in the record. Pursuant to Federal Rule of Criminal Procedure 36, the Court hereby ORDERS that the record in the above referenced case reflect that Defendant John Roger Lagace's true name is Brandon Michael Draper. All future filings shall reflect this change in the caption as follows:

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON MICHAEL DRAPER A/K/A JOHN ROGER LAGACE,

        Defendant.

1

Case No.: 08-CV-00088-LHK
ORDER CORRECTING RECORD

**IT IS SO ORDERED.**

Dated: December 21, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 08-CV-00088-LHK
ORDER CORRECTING RECORD